**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Thomas Devries
                Plaintiff

        V.

Zwicker & Associates, P.C.
                Defendant

CIVIL ACTION

NO. 11-10960 NMG

**ORDER OF DISMISSAL**

GORTON, D. J.

In accordance with the Stipulation of Dismissal dated 10/3/2011, (Docket No. 8), it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice and without costs.

By the Court,

10/4/2011
Date

/s/ Kellyann Moore
Deputy Clerk